IN THE U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT

CONSOL BUCHANAN MINING  :
  COMPANY, LLC,  :
        Petitioner  :
          :
     v.  :   No. 15-1321
          :
FEDERAL MINE SAFETY AND HEALTH  :
  REVIEW COMMISSION, and  :
SECRETARY OF LABOR, MSHA  :
        Respondent  :

CERTIFIED INDEX TO MATERIALS COMPRISING THE ADMINISTRATIVE RECORD
FILED PURSUANT TO RULE 17(b) OF THE FEDERAL RULES OF APPELLATE
PROCEDURE

CONTENTS                          PAGE

Petition of the Secretary of Labor for Assessment of Civil Penalty in VA 2013-190, filed by the Secretary of Labor (the Secretary) with Federal Mine Safety and Health Review Commission (FMSHRC), dated March 7, 2013 ............................................................. 1-24

Answer to the Secretary of Labor for Assessment of Civil Penalty in VA 2013-190, filed by CONSOL Buchanan Mining Company LLC (CONSOL) with FMSHRC, dated March 7, 2013 ................................................................................................................ 25-27

Order of Assignment and Pre-Hearing Order in VA 2013-190, assigned to the Administrative Law Judge (ALJ), dated March 27, 2013 ....................................................... 28-30

Motion to Substitute Party in VA 2013-190, filed by CONSOL with FMSHRC, dated February 10, 2014 ................................................................................................................ 31-32

Order Granting Respondent's Motion to Substitute Party in VA 2013-190, issued by the ALJ, dated February 25, 2014 ................................................................................. 33-34

Notice of Hearing in VA 2013-190, issued by the ALJ, dated June 5, 2014 ........................... 35-36

Respondent's Pre-Hearing Report in VA 2013-190, filed by CONSOL with FMSHRC, dated June 26, 2014 ................................................................................................................ 37-43

The Secretary of Labor's Prehearing Report in VA 2013-190, filed by the Secretary with FMSHRC, dated June 25, 2014 .................................................................................. 44-51

Notice of Hearing and Site in VA 2013-190, issued by FMSHRC, dated July 1, 2014 .......... 52-53

Stipulations in VA 2013-190, filed by the Secretary and CONSOL with FMSHRC, dated July 9, 2014 ..................................................................................................... 54-56

Transcript of Hearing, held July 15, 2014 ........................................................................ 57-626

Joint Exhibit 1: A new 1½ inch fire hose valve obtained from the manufacturer that can be disassembled for demonstrative purposes.

Joint Exhibit 2: A new 1½ inch fire hose valve obtained from the manufacturer with the tailpiece sealed to the valve body as shipped by the manufacturer to customers, to be used for demonstrative purposes.

Secretary's Exhibits
1:  MSHA Accident Report ........................................................................................ 627-652
2:  Inspector Mark Hylwa's Notes dated January 11, 2012 .................................... 653-662
3:  Inspector Jason Hess' Notes dated January 11, 2012 ........................................ 663-670
4:  Inspector Jason Hess' Notes dated January 12, 2012 ........................................ 671-675
5:  Inspector Jason Hess' Notes dated April 24, 2012 ............................................. 676-679
6:  Photograph of 1½" fire hose manifold reinstalled during accident investigation ..... 680
7:  Photograph of shuttle car after passing 1½" fire house manifold (re-enactment) ..... 681
8:  Photograph of shuttle car striking 1½" fire house manifold at time of accident
      (re-enactment) .................................................................................................. 682
9:  Photograph of water supply pipe where 1½" fire house manifold was connected ... 683
10: Photograph of BJ David in position as victim (re-enactment during investigation) . 684
11: Photograph of 6" shutoff valve with leverage bar ..................................................... 685
12: Foreman Greg Addington's notes regarding accident ..................................... 686-687
13: Location of witnesses at time of accident ........................................................ 688-696
14: Milwaukee Valve (1½ inch fire house valve) data ........................................... 697-708
15: Victaulic Valve (6 inch shutoff valve) data ...................................................... 709-715
16: Citation No. 8190902 ....................................................................................... 716-718
17: Order No. 8190903 ........................................................................................... 719-720
18: Report of Findings – Evaluation of Ball Valves by Michael Hockenberry ...... 722-748
19: Curriculum Vitae of Michael Hockenberry ..................................................... 749-752
20: Emails between Michael Hockenberry and Geoff Mclaughlin
      of Milwaukee Valve .................................................................................. 753-756
21: Reports regarding accident that occurred on August 8, 2008 .......................... 757-760
22: VA Dept. of Mines, Minerals and Energy Accident Investigation Report ....... 761-832
23: Assessed Violation History Report (R-17) for Buchanan Mine #1 .................. 833-854
24: History of Previous Violations-Violations per Inspection Day
      for Buchanan Mine #1 ............................................................................... 855-860

Respondent's Exhibits
R1: Copy of Citation No. 8190902 ............................................................................. 861-862
R2: Copy of Citation No. 8190903 ............................................................................. 864-866
R3: CONSOL Energy's relevant Safe Work Instructions ...................................... 867-896
R4: Copies of Training records for Joe Saunders .................................................... 897-909
R5: Copies of Manufacturer's information from Milwaukee Valve ....................... 910-924
R6: Copies of Manufacturer's information from Victaulic Valve Company ......... 925-930
R7: Copies of e-mails received by Derrick Gonderman from Milwaukee
     Valve Company ................................................................................................. 931
R8: Copy of the Virginia Department of Mines Minerals and
     Investigation Report .......................................................................................... 932-991
R9: Copy of Mine's Accident Report with Drawing and Photos ........................... 992-1012
R10: Copy of the mine's Fire Protection Map ......................................................... 1013-1059
R11: Copies of William (David) Green's Training Records ................................... 1060-1076
R12: Copies of Greg Addington's Training Records ............................................... 1077-1092
R13: Photo taken underground at the mine labeled "#1" ........................................ 1093
R14: Photo taken underground at the mine labeled "#2" ........................................ 1094
R15: Photo taken underground at the mine labeled "#3" ........................................ 1095
R16: Photo taken underground at the mine labeled "#4" ........................................ 1096
R17: Photo taken underground at the mine labeled "#5" ........................................ 1097
R18: Photo taken underground at the mine labeled "#6" ........................................ 1098
R19: Photo taken underground at the mine labeled "#7" ........................................ 1099
R20: Photo taken underground at the mine labeled "#8" ........................................ 1100
R21: Photo taken underground at the mine labeled "#9" ........................................ 1101
R22: Photo taken underground at the mine labeled "#1O" ..................................... 1102
R23: Photo taken underground at the mine labeled "#11" ...................................... 1103
R24: Photo taken underground at the mine labeled "#12" ...................................... 1104
R25: Photo taken underground at the mine labeled "#13" ...................................... 1105
R26: Photo taken underground at the mine ............................................................. 1106
R27: Photo taken underground at the mine ............................................................. 1107
R28: Photo taken underground at the mine labeled "#16" ...................................... 1108
R29: Photo taken underground at the mine labeled "#17" ...................................... 1109
R30: Photo taken underground at the mine labeled "#18" ...................................... 1110
R31: Photo taken underground at the mine labeled "#19" ...................................... 1111
R32: Photo taken underground at the mine labeled "#20" ...................................... 1112
R33: Photo taken underground at the mine labeled "#21" ...................................... 1113
R34: Photo taken underground at the mine labeled "#22" ...................................... 1114
R35: Photo taken underground at the mine labeled "#23" ...................................... 1115
R36: Photo taken underground at the mine labeled "#24" ...................................... 1116
R37: Photo taken underground at the mine labeled "#27" ...................................... 1117
R38: Photo taken underground at the mine labeled "#28" ...................................... 1118
R39: Photo taken underground at the mine labeled "#29" ...................................... 1119
R40: Photo taken underground at the mine labeled "#30" ...................................... 1120
R41: Photo taken underground at the mine labeled "#31" ...................................... 1121
R42: Photo taken underground at the mine labeled "#32" ...................................... 1122
R43: Photo taken underground at the mine labeled "#33" ...................................... 1123

R44: Photo taken underground at the mine labeled "#34" ........................................... 1124
R45: Photo taken underground at the mine labeled "#35" ........................................... 1125
R46: Photo taken underground at the mine ............................................................... 1126
R47: ............................................................................................................................ 1127
R48: Video taken at the mine regarding the valves ordered by the mine.

Transcript of Hearing, held July 16, 2014 ................................................................. 1128-1439

Order Setting Briefing Deadline in VA 2013-190, issued by the ALJ, dated
August 12, 2014 ......................................................................................................... 1440-1441

The Secretary of Labor's Post-Hearing Brief in VA 2013-190, filed by the Secretary
with FMSHRC, dated September 29, 2014 ................................................................ 1442-1475

Post Hearing Brief in VA 2013-190, filed by CONSOL with FMSHRC, dated
September 29, 2014 .................................................................................................... 1476-1495

Decision and Order in VA 2013-190 issued by the ALJ, dated January 23, 2015 ..... 1496-1533

Petition for Discretionary Review in VA 2013-190, filed by CONSOL with
FMSHRC, dated February 23, 2015 .......................................................................... 1534-1551

Notice Denying the Petition for Discretionary Review in VA 2013-190, issued by the
Commission, dated March 4, 2015 ............................................................................. 1552-1553

## CERTIFICATE

I, Pamela I Chisholm, Executive Assistant for the Federal Mine Safety and Health Review Commission, hereby certify that the foregoing is a true and correct Index to Materials Comprising the Administrative Record, of the captioned proceeding.


/s/ Pamela I. Chisholm
Pamela I. Chisholm