# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## CASE NO. 15-1321

**CONSOL BUCHANAN MINING COMPANY, LLC,**

**PETITIONER,**

v.

**FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION;**
**and SECRETARY OF LABOR,**
**MINE SAFETY AND HEALTH ADMINISTRATION,**

**RESPONDENTS.**

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF AND APPENDIX

Petitioner, Consol Buchanan Mining Company, LLC, ("Consol"), by and through counsel, hereby petitions the Court for an extension of time (30 days) to file the brief and appendix in this case and states the following in support thereof:

1. Co-counsel, Billy Shelton, for Consol is in the midst of preparing to take the MPRE exam so that he main gain admission to practice law in the State of West Virginia.

2. Counsel has conferred with MSHA counsel and MSHA has no objection to the request to extend the filing deadlines by 30 days.

3. Counsel for appellant will file the brief and appendix no later than August 23, 2015.

WHEREFORE, the appellant respectfully requests this Court for an extension of time of 30 days to file its brief and appendix.

                                    **Consol Buchanan Mining Company, LLC**
                                    By Counsel

/s/ *Randall C. Eads*
RANDALL C. EADS
Attorney at Law
VSB# 77871
825 Colonial Road
Abingdon, VA  24210
(276) 628-3529
(276) 628-3994  - fax
randallceads@yahoo.com

## *CERTIFICATE*

      I hereby certify that a true copy of the foregoing Motion was electronically filed and will be forwarded to counsel of record, this the 23rd day of July, 2015.

                                      /s/ *Randall C. Eads*

**Consol Buchanan Mining Company, LLC**
**v.**
**Federal Mine Safety and Health Review Commission; and Secretary of Labor; Mine Safety and Health Administration**

**Exhibit 1**
**to Petition for Review**

**Decision dated January 23, 2015**

**Consol Buchanan Mining Company, LLC**
**v.**
**Federal Mine Safety and Health Review Commission; and Secretary of Labor; Mine Safety and Health Administration**


**Exhibit 2**
**to Petition for Review**

**Notice dated March 4, 2015**

**Consol Buchanan Mining Company, LLC**
**v.**
**Federal Mine Safety and Health Review Commission; and Secretary of Labor; Mine Safety and Health Administration**

**Exhibit 3**
**to Petition for Review**

**List of Respondents**

## **LIST OF RESPONDENTS**

Pursuant to Fourth Circuit Court of Appeals Local Rule 15(b), Petitioner Consol Buchanan Mining Company, LLC ("Consol"), by counsel, states that the following is a list of respondents' names and the addresses where respondents may be served with copies of Consol's petition for review:

1. Federal Mine Safety and Health Review Commission

    Executive Director
    Federal Mine Safety and Health Review Commission
    1331 Pennsylvania Avenue, NW, Suite 520N
    Washington, D.C. 20004-1710

2. Secretary of Labor, Mine Safety and Health Administration

    W. Christian Schumann, Esq.
    Office of the Solicitor
    U.S. Department of Labor
    1100 Wilson Boulevard, Room 2220
    Arlington, VA  22209-2296